No. 172. DUPREE v. UNITED STATES, *ante,* p. 823;

No. 292. KEENAN ET AL. v. UNITED STATES, *ante,* p. 863;

No. 312. GENTRY v. UNITED STATES, *ante,* p. 866;

No. 366. CARTER PRODUCTS, INC., v. FEDERAL TRADE COMMISSION, *ante,* p. 884;

No. 296, Misc. MORRIS v. NOWOTNY ET AL., *ante,* p. 889;

No. 306, Misc. JOHNSON v. UNITED STATES, *ante,* p. 889; and

No. 379, Misc. IN RE COON, *ante,* p. 880. Petitions for rehearing denied.

DECEMBER 11, 1959.

No. ——. TWO GUYS FROM HARRISON-ALLENTOWN, INC., v. McGINLEY, DISTRICT ATTORNEY, LEHIGH COUNTY, PENNSYLVANIA. The application for a stay or in the alternative for writ of injunction presented to MR. JUSTICE BRENNAN, and by him referred to the Court, is denied. The motion of Pennsylvania Retailers' Association for leave to file brief, as *amicus curiae,* is denied. *Harold E. Kohn, William T. Coleman, Jr.* and *Louis E. Levinthal* for the applicant. *Harry J. Rubin* in opposition. *W. James MacIntosh* for Pennsylvania Retailers' Association.

DECEMBER 14, 1959.

No. 445, Misc. JUSTUS v. NEW MEXICO; and

No. 472, Misc. SCHUITEN v. ATTORNEY GENERAL OF THE UNITED STATES. Motions for leave to file petitions for writs of habeas corpus denied.